**SEALED**   **FILED**

JUL 0 5 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  Michele Beckwith
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION          CASE NO. 2:17-SW-00575 KJN
   OF THE UNITED STATES OF AMERICA
12 FOR AN ORDER AUTHORIZING THE              SEALING ORDER
   INSTALLATION AND USE OF PEN
13 REGISTERS AND TRAP AND TRACE              **UNDER SEAL**
   DEVICES AND ACQUISITION OF CELL-
14 SITE INFORMATION FOR A CELLULAR
   TELEPHONE ASSIGNED CALL NUMBER
15 **620-719-7612**

16

17                    **SEALING ORDER**

18     Upon Application of the United States of America and good cause having been shown,

19     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

20 SEALED until further order of this Court.

21

22

23 Dated: July 5, 2017         _____
                                Hon. Kendall J. Newman
24                              U.S. MAGISTRATE JUDGE

25

26

27

28

SEALING ORDER